GARY SLATTERY ET AL. *v.* AUGUST P. MAYKUT ET AL.

The named defendant's motion to dismiss the plaintiffs' cross appeal filed April 27, 1976, from the Superior Court in Fairfield County, which motion was reargued this date, is granted unless the plaintiffs on or before December 28, 1976, file their request for a finding and draft finding.

*J. Daniel Sagarin*, for the appellees-appellants (plaintiffs).

*Raphael Korff*, for the appellant-appellee (named defendant).

Reargued December 7—decided December 7, 1976

PETER R. JOHL ET AL. *v.* TOWN OF GROTON

The motion by the plaintiffs Janet P. Johl Weissman and John H. Johl to dismiss the defendant's cross-appeal from the Superior Court in New London County is denied.

*David Goldstein*, for the appellees (plaintiffs Janet P. Johl Weissman and John H. Johl).

*James T. Haviland II*, town attorney, for the appellee-appellant (defendant).

*Peter R. Johl*, pro se, the appellant-appellee (named plaintiff).